Martin E. Rosen (108998),
mrosen@barwol.com
Theresa J. Macellaro (147866)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorney for Plaintiff-in-Interpleader
United of Omaha Life Insurance Company

FILED
07 NOV -8 PM 4:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY
BY FAX

ORIGINAL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>vs.<br><br>AGNES SURYAN, an individual; MANUAL R. PENA, as TRUSTEE of the JANELLE M. ROGERS TRUST; DOES 1 – 10, inclusive,<br><br>Defendants-in-Interpleader. | CASE NO.: '07 CV 2154 BTM (NLS)<br><br>**COMPLAINT IN INTERPLEADER**<br><br>**[Pursuant to 28 U.S.C. § 1335]**<br><br>**[Filed concurrently with:**<br>- **Corporate Disclosure Statement**<br>- **Notice of Interested Parties**<br>- **Summons**<br>- **Civil Case Cover Sheet**<br>- **Application to Deposit Funds**<br>- **[Proposed] Order Directing Deposit of Funds]** |

Pursuant to 28 U.S.C. Section 1335, Plaintiff-in-Interpleader United of Omaha Life Insurance Company ("UNITED") hereby files its Complaint-in-Interpleader and alleges as follows:

**PARTIES**

1. UNITED is, and at all relevant times was, an insurance company formed and existing under the laws of the State of Nebraska, with its principal place of

business in Omaha, Nebraska. UNITED is qualified and authorized to transact business in the State of California.

2. UNITED is informed and believes, and on that basis alleges, that Defendant Agnes Suryan ("SURYAN") is, and at all relevant times was, an individual citizen residing in the State of Washington, County of Skagit.

3. UNITED is informed and believes, and on that basis alleges, that the Janelle M. Rogers Trust was established in the County of San Diego, State of California on or about June 27, 2000 and is currently administered in the County of San Diego, State of California. UNITED is further informed and believes, and on that basis alleges, that Defendant Manual R. Pena ("PENA") is, and at all relevant times was, the Trustee of the Janelle M. Rogers Trust and an individual citizen residing in the State of California, County of San Diego.

4. Defendants-in-Interpleader DOES 1 thorough 10, inclusive, are sued herein under fictitious names. Their true names and capacities are unknown to UNITED. When their true names and capacities are ascertained, UNITED will amend this Complaint-in-Interpleader by inserting their true names and capacities herein.

**JURISDICTION AND VENUE**

5. This Court has jurisdiction over this Complaint-in-Interpleader pursuant to 28 U.S.C. section 1335 in that diversity of citizenship exists between two adverse claimants, as set forth above, and the amount in controversy exceeds $500, exclusive of interest.

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

6. Jurisdiction over this Complaint-in-Interpleader further exists under 28 U.S.C. section 1332 in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. This Complaint-in-Interpleader is therefore proper pursuant to the provisions of Rule 22 of the Federal Rules of Civil Procedure.

7. Venue is proper pursuant to 28 U.S.C. section 1391(a) and 1397 in that the claims involved in this action arose in the Southern District of California and the action is being brought in a judicial district in which one of the Claimants-in-Interpleader resides.

## GENERAL ALLEGATIONS

8. On or about June 17, 2000, Janelle Rogers (the "Deceased") applied for and was issued annuity policy number UO 1098559 by UNITED, effective August 21, 2000 (the "Policy").

9. In her application for the Policy, the Deceased named AGNES SURYAN as the primary beneficiary, and the Rogers Family Trust as the contingent beneficiary. The Deceased was the owner of the Policy. A true and correct (redacted) copy of the application for the Policy is attached as Exhibit A.

10. On or about May 22, 2006, PENA, as power of attorney for the deceased, submitted a Change of Beneficiary Form to UNITED. The Form requested that the primary beneficiary designation on the Policy be changed from SURYAN to the Janelle M. Rogers Trust ("TRUST"). A true and correct copy of the Change of Beneficiary Form submitted by PENA is attached as Exhibit B.

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

11. The Deceased died on November 13, 2006.

12. UNITED received a claim form signed by PENA on March 12, 2007, asserting a claim for benefits owed from the policy on behalf of the TRUST.

13. UNITED received a claim form signed by SURYAN on April 17, 2007, asserting a claim for benefits owed from the policy. SURYAN contends that the change of beneficiary submitted by PENA was invalid, and that she therefore is the proper primary beneficiary.

14. UNITED is informed and hereby believes, and on that basis alleges, that no agreement has been reached between the Defendants regarding the proper distribution of the proceeds due under the Policy.

**CAUSE OF ACTION FOR INTERPLEADER**

15. UNITED realleges Paragraphs 1 through 14, inclusive, of the Complaint for Interpleader as if set forth here in full.

16. UNITED is in the possession of proceeds plus interest, in the amount of One Hundred Seventy Two Thousand Three Hundred Eight Dollars and Two Cents ($172,308.02), currently owed to the proper beneficiary under the Policy.

17. UNITED admits its liability under the Policy in the amount of One Hundred Seventy Two Thousand Three Hundred Eight Dollars and Two Cents ($172,308.02), representing the amount of the Policy proceeds plus interest through November 9, 2007. UNITED is and always has been ready, able and willing to pay the value of the Policy to the person(s) who may be lawfully entitled to receive said

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

funds. For the reasons alleged above, UNITED is unable to determine who is entitled to receive the Policy proceeds among the Defendants-in-Interpleader.

18. Given the parties' competing claims to the proceeds due under the Policy, UNITED cannot determine which of the parties is entitled to payment of the amount due under the Policy.

19. UNITED cannot distribute the proceeds payable under the Policy without fear of multiple liability until the above issues are resolved through adjudication of the competing claims to the Policy's proceeds.

20. UNITED files this Complaint for Interpleader in good faith and without any collusion with any of the parties hereto. UNITED claims no interest in the proceeds payable under the Policy. UNITED is a mere stakeholder.

21. Concurrent with filing this Complaint for Interpleader, UNITED is seeking leave to deposit with the Clerk of this Court a check in the amount of One Hundred Seventy Two Thousand Three Hundred Eight Dollars and Two Cents ($172,308.02) representing the proceeds of the Policy plus interest through November 9, 2007.

22. UNITED is informed and believes that there has been a tax gain of $77,208.94 on the Policy which UNITED will have to report once the Policy has been paid. UNITED therefore requests that the parties be Ordered to inform UNITED at the conclusion of the case as to who received what portion of the proceeds of the Policy together with such person(s) tax identification number(s).

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

23. UNITED has incurred, and continues to incur, attorneys' fees and costs as a result of these proceedings.

**WHEREFORE**, UNITED prays for judgment against Defendants, and each of them, as follows:

1. That this Court decree that this Complaint-in-Interpleader is properly filed and that this is a proper cause for Interpleader;

2. For the amount of the disputed proceeds due under the Policy plus interest for a total amount of One Hundred Seventy Two Thousand Three Hundred Eight Dollars and Two Cents ($172,308.02), be Ordered deposited in an interest-bearing account or invested in an interest-bearing instrument approved by the Court in accordance with the concurrently-filed Notice of Deposit of Funds into Court Registry;

3. That Defendants, and each of them, be required to interplead and litigate between themselves their rights to the benefits due under the Policy;

4. Upon deposit of the proceeds, that UNITED be discharged with prejudice from all liability under the Policy;

5. That the Court enter an order restraining Defendants, and each of them, from instituting or further prosecuting any other proceeding in any Court affecting the rights and obligations between the parties to the interpleader until further order of the Court;

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

6. That UNITED be awarded its costs and reasonable attorneys' fees to be determined by the Court and to be paid out of the proceeds of the Policy;

7. That the parties be ordered to inform UNITED at the conclusion of the case as to who received what portion of the proceeds of the Policy together with such person(s) tax identification number(s) for tax reporting purposes; and

8. For such other and further relief as the Court may deem just.

Dated: November 7, 2007

BARGER & WOLEN LLP

By: [signature]
MARTIN E. ROSEN
Attorney for Plaintiff-in-Interpleader United of Omaha Life Insurance Company

# EXHIBIT A

United of Omaha 633 (K??)

UNITED OF OMAHA LIFE INSURANCE COMPANY
Home Office: Mutual of Omaha Plaza
Omaha, Nebraska 68175

**CPS Insurance Services**

## DEFERRED ANNUITY APPLICATION

**Initial Interest Rate Guarantee Period:** ☐ Ultrannuity ☐ 1 Year ☐ 3 Year ☐ Ultra-Secure SPDA ☒ 5 Year ☐ 7 Year **Initial Interest Rate:** 8 %

**Type of Annuity:** ☒ Non-Qualified ☒ 1035 Exchange ☐ Qualified/IRA ☐ IRA Rollover $Amount ______ $Amount ______ ☐ IRA Transfer Contract Year______ Contract Year______ ☐ SEP

**1. ANNUITANT**
Name JANELLE M. ROGERS
Address 650-23 S. RANCHO SANTA FE
City SAN MARCOS State CA ZIP 92069
Social Security Number [redacted]
Telephone (760) 722-3646 Sex ☐ Male ☒ Female
Age 78 [redacted]
E-Mail Address ______

**2. OWNER (if different than Annuitant)**
Name ______
Address ______
City ______ State ______ ZIP ______
Social Security Number ___-__-____
Telephone ( ) ______ Sex ☐ Male ☐ Female
Age ______ Date of Birth ___/___/___ (Mo. Day Year)
E-Mail Address ______

**3. JOINT OWNER (if applicable)**
Name ______
Address ______
City ______ State ______ ZIP ______
Social Security Number ___-__-____
Telephone ( ) ______ Sex ☐ Male ☐ Female
Age ______ Date of Birth ___/___/___ (Mo. Day Year)
E-Mail Address ______

**4. BENEFICIARIES:**
Primary Beneficiary AGNES SURYAN
Relationship to Owner FRIEND
Social Security or Tax I.D. No. [redacted]
Contingent Beneficiary Rogers Family TRUST
Relationship to Owner ______
Social Security or Tax I.D. No. ______

**5. ANNUITY STARTING DATE:** ___/___/___ If an annuity starting date is not selected, your annuity starting date will be the policy anniversary date following the annuitant's 95th birthday. The annuity starting date is the date on which annuity income payments begin.

**6.** $ APPROX 14,000.— Purchase Payment with application. TRANSFER - 1035 EXCH - From American Enterprise Life Ins. Co.

**7. EFFECTIVE DATE:** ___/___/___ - DATE OF RECEIPT OF TRANSFERRED FUNDS

**8. REPLACEMENT.** Will this annuity replace or change any existing life insurance or annuity? ☒ Yes ☐ No If "Yes," give name of Company(ies) and Policy Number(s) Company American Enterprise Life Ins. Co. Policy Number 9920-4845078

The statements in this application are true and complete to the best of my knowledge and belief. I understand that no agent or representative is authorized to waive or change any of the conditions or provisions in the policy. The policy, which consists of this application and the policy will take effect on the later date of the Effective Date shown above or the date United of Omaha Life Insurance Company receives the purchase payment. The initial interest rate will be the current rate available on the policy Effective Date and will be guaranteed for the initial interest period shown above. The annuitant must be living on the date the policy goes into force.

OWNER'S SIGNATURE X Janelle M. Rogers DATE 6/17/2006
Signed at SAN MARCOS (City) CALIFORNIA (State)

JOINT OWNER'S SIGNATURE X ______ DATE ______
Signed at ______ (City) ______ (State)

AGENT'S INFORMATION: Do you have any reason to believe the policy applied for will replace or modify any existing insurance policy? ☒ Yes ☐ No (If "Yes," fulfill all state requirements.)
AGENT/BROKER SIGNATURE Ted Leinhoff AGENT/BROKER PRODUCTION NUMBER ______
AGENT/BROKER NAME (Please print) TED LEINHOFF
AGENCY/BROKERAGE NAME LEINHOFF SENIOR PLANNING PHONE NUMBER 760-732-1391
AGENCY/BROKERAGE ADDRESS 2005 Odyssey Dr. CITY VISTA STATE CA ZIP 92083

400

Apr 17 2007 2:53PM HP LASERJET FAX p.1

# EXHIBIT B

019

**Change of Beneficiary Form**

**Important!**

1. Complete, sign and return this form for each Policy and/or Policy rider for which you are requesting a change.
2. Please use full given names (for example, "Mary E. Doe" and not "Mrs. John E. Doe").
3. Do not send the Policy with this form unless we instruct you to do so.
4. Forms cannot be accepted which contain corrections or erasures.

Name of Insured: Janelle M. Rogers Policy Number: U01098559

As Policyowner, I hereby revoke any previous Beneficiary designation and election of settlement, I request that, on the death of the Insured named above, all proceeds of the Policy and/or rider(s) covering the named Insured be paid to the following beneficiary or beneficiaries as shown below:

| Class | Please Print Full Name and Address of Each Beneficiary | Date of Birth | Relationship to Insured | Percentage of Proceeds Payable |
|---|---|---|---|---|
| Primary Beneficiary(ies) | Janelle M. Rogers Trust DTD 6/27/2000 | 2/19/1952 | Living Trust | 100% |
| Contingent (secondary) Beneficiary(ies) | N/A | | | |

☐ **Irrevocable Primary Beneficiary (ies):** If this Box is checked, the Policy will be endorsed to show that the Primary Beneficiary (ies) named above is/are irrevocable. Changes to the Policy and/or rider(s), including a change of beneficiary (ies), may not be made by the Policyowner(s)/Trustee(s) without the consent of the Irrevocable Primary Beneficiary (ies) shown above.

Unless otherwise shown above: (a) payment will be shared equally by all Primary Beneficiaries who survive the Insured; if none, by all Contingent Beneficiaries who survive the Insured; (b) the right to change the beneficiary is reserved unless otherwise stated; (c) payment shall be made in a single sum; and (d) the word "child" or "children" shall include legally adopted children.

IT IS AGREED THAT THE INSTRUCTIONS APPEARING ON THE PRIOR PAGE ARE PART OF THIS CHANGE OF BENEFICIARY FORM.

The Company reserves the right to declare this form void and of no effect if it is incomplete or completed in an unsatisfactory manner.

Dated at San Marcos CA (City and State) this 15 day of May, 2006

(760) 216-6653 (Area Code / Phone Number of Policyowner)

X Manuel R. Ros P.O.A.
Signature of Policyowner(s)/Trustee(s) (If the Policyowner is a corporation or partnership, include authorized signature(s))

Signature of all Irrevocable Primary Beneficiary(ies) (if applicable) prior to submitting this Form

2006 MAY 22 AM 7:56 SPECIAL PRODUCTS SERVICES

7MAILING MAY 18 2006

**Mailing Directions (Please Print)**
Return acknowledgment of change to:

Name

Address

City State ZIP Code

Is this a new mailing address? ☐ Yes ☒ No

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

ORIGINAL

**I. (a) PLAINTIFFS**
UNITED OF OMAHA LIFE INSURANCE COMPANY

**DEFENDANTS** FILED

07 NOV -8 PM 4:37

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

(b) County of Residence of First Listed Plaintiff Douglas, Nebraska
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Skagit, Washington
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Martin E. Rosen, Esq., Barger & Wolen LLP, 633 W. Fifth Street, 47th Floor, Los Angeles, CA (213) 680-2800

Attorneys (If Known) DEPUTY
'07 CV 2154 BTM (NLS)

BY FAX

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 USC 1335

Brief description of cause:
Interpleader action because there is a dispute as to who is entitled to life insurance proceeds of the deceased.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 11/7/07 SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 144334 AMOUNT 350,- APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

11/8/07 [initials]

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 144334 - SR**

**November 08, 2007**
**16:34:14**

**Civ Fil Non-Pris**
USAO #.: 07CV2154 CIV. FIL.
Judge..: BARRY T MOSKOWITZ
Amount.: $350.00 CK
Check#.: BC#64387

**Total-> $350.00**

FROM: UNITED OF OMAHA LIFE INS. CO.
SURYAN
CIVIL FILING