FILED

# United States District Court

NOV 8 PM 4:39

## SOUTHERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

COPY

UNITED OF OMAHA LIFE INSURANCE COMPANY;

vs

AGNES SURYAN, an individual; MANUAL R. PENA, as TRUSTEE of the JANELLE M. ROGERS TRUST; DOES 1-10, inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No.

BY FAX

'07 CV 2154 BTM (NLS)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Martin E. Rosen, Esq., BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Tel. (213) 680-2800; Fax (213) 614-7399

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV 0 8 2007
DATE

SEAL

J. PARIS

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)