ORIGINAL

Martin E. Rosen (108998),
mrosen@barwol.com
Theresa J. Macellaro (147866)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorney for Plaintiff-in-Interpleader
United of Omaha Life Insurance Company

FILED
07 NOV -8 PM 4:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

BY FAX

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED OF OMAHA LIFE INSURANCE COMPANY,

Plaintiff-in-Interpleader,

vs.

AGNES SURYAN, an individual; MANUAL R. PENA, as TRUSTEE of the JANELLE M. ROGERS TRUST; DOES 1 – 10, inclusive,

Defendants-in-Interpleader.

CASE NO.: '07 CV 2154 BTM (NLS)

**UNITED OF OMAHA LIFE INSURANCE COMPANY'S NOTICE OF PARTIES WITH FINANCIAL INTEREST**

**[CivLR 40.2]**

TO THE CLERK OF THE COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

In accordance with Local Civil Rule of Practice for the United States District Court for the Southern District of California Rule 40.2, and to enable the Court to evaluate possible disqualification or recusal, the undersigned, counsel of record for Plaintiff-in-Interpleader United of Omaha Life Insurance Company ("UNITED") hereby represents and certifies that the following named persons or entities (other than those named as parties to this action) may have a direct, pecuniary interest in the

outcome of this case: United of Omaha Life Insurance Company is a wholly owned subsidiary of Mutual of Omaha Insurance Company, a mutual insurance company. There are no other interests to report.

Dated: November 7, 2007

BARGER & WOLEN LLP

By: [signature]
MARTIN E. ROSEN
Attorney for Plaintiff-in-Interpleader United of Omaha Life Insurance Company

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800