Martin E. Rosen (108998),
mrosen@barwol.com
Theresa J. Macellaro (147866)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorney for Plaintiff-in-Interpleader
United of Omaha Life Insurance Company

FILED
07 NOV -8 PM 4:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

ORIGINAL

BY FAX

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED OF OMAHA LIFE INSURANCE COMPANY,

Plaintiff-in-Interpleader,

vs.

AGNES SURYAN, an individual; MANUAL R. PENA, as TRUSTEE of the JANELLE M. ROGERS TRUST; DOES 1 – 10, inclusive,

Defendants-in-Interpleader.

CASE NO. '07 CV 2154 BTM (NLS)

**NOTICE OF APPLICATION FOR DEPOSIT OF FUNDS OF UNITED OF OMAHA LIFE INSURANCE COMPANY**

**[Filed concurrently with Complaint-in-Interpleader; [Proposed] Order Directing Deposit of Stake; Notice of Interested Parties; and Corporate Disclosure Statement]**

TO THE CLERK OF THE COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff-in-Interpleader United of Omaha Life Insurance Company ("UNITED") hereby applies to this Court for an order directing the deposit of the sums at issue in this Interpleader action into an interest bearing account pursuant to 28 U.S.C. § 1335, Rules 22 and 67 of the Federal Rules of Civil Procedure and Local Civil Rule of Practice for the United States District Court for the Southern District of California Rule 67.1. The stake to be deposited is

in the form of a check issued by United of Omaha made payable to the Clerk of the Court, United States District Court, bearing number 0012612767, in the total amount of One Hundred Seventy Two Thousand Three Hundred Eight Dollars and Two Cents ($172,308.02) representing the life insurance benefits owed under life insurance policy number UO1098559 insuring the life of the decedent (Janelle M. Rogers), plus interest credited from the date of decedent's death through November 9, 2007.

UNITED is informed and believes that there has been a tax gain of $77,208.94 on the Policy which UNITED will have to report once the Policy has been paid. UNITED therefore further requests that the parties be Ordered to inform UNITED at the conclusion of the case as to who received what portion of the proceeds of the Policy together with such person(s) tax identification number(s) for tax reporting purposes.

Dated: November 7, 2007

BARGER & WOLEN LLP

By: ______________________
MARTIN E. ROSEN
Attorney for Plaintiff-in-Interpleader United of Omaha Life Insurance Company