ORIGINAL

Martin E. Rosen (108998),
mrosen@barwol.com
Theresa J. Macellaro (147866)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorney for Plaintiff-in-Interpleader
United of Omaha Life Insurance Company

FILED
07 NOV -8 PM 4:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

BY FAX

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

'07 CV 2154 BTM (NLS)

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br>Plaintiff-in-Interpleader,<br>vs.<br>AGNES SURYAN, an individual; MANUAL R. PENA, as TRUSTEE of the JANELLE M. ROGERS TRUST; DOES 1 – 10, inclusive,<br>Defendants-in-Interpleader. | CASE NO.:<br>**UNITED OF OMAHA LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**<br>**[Pursuant to Fed. Rule Civ. Proc. 7.1]** |

TO THE CLERK OF THE COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned, counsel of record for Plaintiff-in-Interpleader United of Omaha Life Insurance Company ("UNITED") hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

UNITED is a foreign corporation duly organized in the State of Nebraska, with its principal place of business in the State of Nebraska. UNITED is a wholly

owned subsidiary of Mutual of Omaha Insurance Company, a mutual insurance company.

Dated: November 7, 2007

BARGER & WOLEN LLP

By: ______________________

MARTIN E. ROSEN
Attorney for Plaintiff-in-Interpleader United of Omaha Life Insurance Company

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800