**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED OF OMAHA LIFE INSURANCE COMPANY,

Plaintiff-in-Interpleader,

vs.

AGNES SURYAN, an individual; MANUAL R. PENA, as TRUSTEE of the JANELLE M. ROGERS TRUST; DOES 1 – 10, inclusive,

Defendants-in-Interpleader.

CASE NO.: 07CV2154 BTM (NLS)

**ORDER DIRECITING DEPOSIT OF FUNDS**

ORDER

Based upon the Complaint-in-Interpleader and Application for Deposit of Funds, leave is hereby granted for Plaintiff-in-Interpleader United of Omaha Life Insurance Company ("UNITED") to deposit with the Court Clerk a check made payable to "Clerk of the Court, United States District Court," bearing number 00012612767, in the amount of One Hundred Seventy Two Thousand Three Hundred Eight Dollars and Two Cents ($172,308.02), representing the life insurance benefits owed under life insurance policy number UO1098559 insuring the life on the

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

decedent (Janelle M. Rogers), plus interest credited from the date of decedent's death through the date of filing of the Complaint.

IT IS FURTHER ORDERED that the Clerk is directed to deposit such funds with a depository approved by the Treasury of the United States as a depository in an interest-bearing account, where they shall remain on deposit until further Order of this Court.

IT IS FURTHER ORDERED that the Clerk is directed to deduct from the income earned on the investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, whenever such income becomes available for deduction in the investment so held and without further order of the Court.

IT IS FURTHER ORDERED that counsel presenting this Order shall personally serve a copy thereof on the clerk or the chief deputy. Absent the aforesaid service, the clerk is hereby relieved of any personal liability relative to compliance with this Order.

IT IS FURTHER ORDERED that the parties are ordered to inform UNITED at the conclusion of the case as to who received what portion of the proceeds of the Policy together with such person(s) tax identification number(s) for tax reporting purposes.

Dated: November 20, 2007

Barry Ted Moskowitz

U.S. District Court Judge

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800