Harold G. Ayer, Esq.
HAROLD G. AYER,
Professional Law Corporation
3131 Camino del Rio North, Suite 380
San Diego, California 92108-5710
Telephone: (619) 563-5404
State Bar No. 041647

Attorney for Defendant-in-Interpleader,
AGNES SURYAN

FILED
2008 JAN -3 AM 11:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>vs.<br><br>AGNES SURYAN, an individual; MANUAL R. PENA, as Trustee of the JANELLE M. ROGERS TRUST; and DOES 1 - 10, inclusive,<br><br>Defendants-in-Interpleader. | NO. 07 CV 2154 BTM (NLS)<br><br>ANSWER TO COMPLAINT IN INTERPLEADER |

AGNES SURYAN, defendant-in-interpleader, answers the Complaint-in-Interpleader herein as follows:

1. Defendant admits each and every allegation set forth in the Complaint.

2. Defendant denies that defendant, MANUAL R. PENA, as Trustee of the JANELLE M. ROGERS TRUST, has any interest in the UNITED OF OMAHA LIFE INSURANCE COMPANY annuity referred to in the Complaint.

3. Defendant, AGNES SURYAN, alleges she is entitled to the

full amount of proceeds of the annuity as the rightful beneficiary in that she was named beneficiary by JANELLE ROGERS, and the attempted change of beneficiary is invalid as having been done by defendant, MANUAL R. PENA, under a power of attorney.

4. The dispute regarding the annuity proceeds is currently being litigated in the San Diego Superior Court, North County Branch, as Case No. 37-2007-00100133. The case is presently scheduled to be heard on January 25, 2008. The decision of that court as finally determined should be adopted by the United States District Court to determine entitlement to the proceeds of the annuity.

WHEREFORE, this answering defendant prays judgment as follows:

1. That the proceeds from the annuity in question be awarded to the person or entity entitled thereto as determined by the San Diego Superior Court.

2. For such other and further relief as the court may deem proper.

Dated: January 2, 2008

HAROLD G. AYER,
A Professional Law Corporation

By: [signature]
HAROLD G. AYER, Attorney for
Defendant-in-Interpleader,
AGNES SURYAN

# DECLARATION OF SERVICE BY MAIL

I, JUDY ANDERSON, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 3131 Camino del Rio North, Suite 380, San Diego, California 92108. I served the following document: Answer to Complaint-in-Interpleader by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

Martin E. Rosen, Esq. — Attorneys for Plaintiff
Theresa J. Macellaro, Esq.
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071

I then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego, California, on January 3, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I have executed this Declaration on January 3, 2008.

Judy Anderson
JUDY ANDERSON