UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 04 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY
This space for Clerk's Office File Stamp

# NOTICE OF DOCUMENT DISCREPANCIES

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Hon. Moskowitz

FROM: P. Dela Cruz, Deputy Clerk RECEIVED DATE: 1/29/2008

CASE NO.: 07cv2154 BTM(NLS) DOCUMENT FILED BY: Macellaro

CASE TITLE: United of Omaha Life Insurance Company v. Suryan et al

DOCUMENT ENTITLED: Notice and Acknowledgment/Proof of Service

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| X | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER:Improper form used |

**Date forwarded:** 1/31/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: BTM

Dated: 2/4/08 By: JO

cc: All Parties

REJECTED

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED OF OMAHA LIFE INSURANCE COMPANY,

vs

AGNES SURYAN, an individual; MANUAL R. PENA, as TRUSTEE of the JANELLE M. ROGERS TRUST; DOES 1-10, inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No.

BY FAX

'07 CV 2154 BTM (NLS)

FAXED

TO: (Name and Address of Defendant)

Manual R. Pena, as Trustee of the Janelle M. Rogers Trust
c/o David Veljovich, Esq.
Veljovich Law Group
701 Palomar Airport Road, Suite 300
Carlsbad, CA 92011

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Martin E. Rosen, Esq., BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Tel. (213) 680-2800; Fax (213) 614-7399

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

NOV 08 2007

W. Samuel Hamrick, Jr.
CLERK

DATE

By ______, Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

REJECTED

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED OF OMAHA LIFE INSURANCE COMPANY,

vs

AGNES SURYAN, an individual; MANUAL R. PENA, as TRUSTEE of the JANELLE M. ROGERS TRUST; DOES 1-10, inclusive,

SUMMONS IN A CIVIL ACTION

Case No.

BY FAX

'07 CV 2154 BTM (NLS)

FAXED

TO: (Name and Address of Defendant)

Manual R. Pena, as Trustee of the Janelle M. Rogers Trust
c/o David Veljovich, Esq.
Veljovich Law Group
701 Palomar Airport Road, Suite 300
Carlsbad, CA 92011

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Martin E. Rosen, Esq., BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Tel. (213) 680-2800; Fax (213) 614-7399

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

NOV 08 2007

W. Samuel Hamrick, Jr.

CLERK

DATE

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## RETURN OF SERVICE

| | |
|---|---|
| *Service of the Summons and Complaint* was made by me | DATE 1-21-08 |
| NAME OF SERVER Theresa J. Macellaro | TITLE Attorney |

**Check one box below to indicate appropriate method of service**

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ____________

☐ Return unexecuted:

☒ Other (specify): Notice and Acknowledgment of Receipt, CCP § 415.30, copy attached

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 1-29-08 Date

Theresa J. Macellaro
Signature of Server

633 W. Fifth Str., 47th Floor
Address of Server Los Angeles, CA 90071

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. *COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.*

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# REJECTED

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Martin E. Rosen (108998); Theresa J. Macellaro (147866)<br>Barger & Wolen LLP<br>633 West 5th Street, 47th Floor<br>Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 680-2800 FAX NO. (Optional): (213) 614-7399<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff United of Omaha Life Insurance Company | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF USDC Southern District of California<br>STREET ADDRESS: 940 Front Street<br>MAILING ADDRESS: 940 Front Street<br>CITY AND ZIP CODE: San Diego, California 92101-8900<br>BRANCH NAME: Edward J. Schwartz U.S. Courthouse | |
| PLAINTIFF/PETITIONER: United of Omaha Life Insurance Company<br>DEFENDANT/RESPONDENT: Agnes Suryan, Manual R. Pena as Trustee | |
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>07CV2154BTM (NLS) |

TO (insert name of party being served): Manual R. Pena, as Trustee of the Janelle M. Rogers Trust

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: November 28, 2007

Theresa Macellaro
(TYPE OR PRINT NAME)

▶ Theresa J. Macellaro
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):
Civil Cover Sheet; United of Omaha Life Insurance Company's Corporate Disclosure Statement; United of Omaha Life Insurance Company's Notice of Parties With Financial Interest; Notice of Application for Deposit of Funds of United of Omaha Life Insurance Company; Order Directing Deposit of Funds

*(To be completed by recipient):*

Date this form is signed: 1/21/2008

DAVID A. VELTMAN, ESQ.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ [signature]
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

REJECTED

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED OF OMAHA LIFE INSURANCE COMPANY,

vs

AGNES SURYAN, an individual; MANUAL R. PENA, as TRUSTEE of the JANELLE M. ROGERS TRUST; DOES 1-10, inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No.

BY FAX

'07 CV 2154 BTM (NLS)

FAXED

TO: (Name and Address of Defendant)

Agnes Suryan
c/o Harold G. Ayer, Esq.
3131 Camino Del Rio North
San Diego, CA 92108

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Martin E. Rosen, Esq., BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Tel. (213) 680-2800; Fax (213) 614-7399

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV 08 2007

DATE

By ______, Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 12-12-07 |
|---|---|
| NAME OF SERVER Theresa J. Macellaro | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ________

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ________

☐ Return unexecuted:

☒ Other (specify): Notice and Acknowledgment of Receipt, CCP § 415.30, copy attached

**STATEMENT OF SERVICE FEES**

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 1-29-08 Date

Theresa J. Macellaro
Signature of Server

633 W. Fifth Str., 47th Floor,
Address of Server Los Angeles, CA 90071

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**REJECTED**

POS-015

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Martin F. Rosen (108998); Theresa J. Macellaro (147866)
Barger & Wolen LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071

TELEPHONE NO.: (213) 680-2800 FAX NO. (Optional): (213) 614-7399
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff United of Omaha Life Insurance Company

FOR COURT USE ONLY

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ USDC Southern District of California
STREET ADDRESS: 940 Front Street
MAILING ADDRESS: 940 Front Street
CITY AND ZIP CODE: San Diego, California 92101-8900
BRANCH NAME: Edward J. Schwartz U.S. Courthouse

PLAINTIFF/PETITIONER: United of Omaha Life Insurance Company
DEFENDANT/RESPONDENT: Agnes Suryan, Manual R. Pena as Trustee

NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL

CASE NUMBER: 07CV2154BTM (NLS)

TO (insert name of party being served): Agnes Suryan

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: November 28, 2007

Theresa Macellaro
(TYPE OR PRINT NAME)

▶ Theresa J. Macellaro
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):
   Civil Cover Sheet; United of Omaha Life Insurance Company's Corporate Disclosure Statement; United of Omaha Life Insurance Company's Notice of Parties With Financial Interest; Notice of Application for Deposit of Funds of United of Omaha Life Insurance Company; Order Directing Deposit of Funds

(To be completed by recipient):

Date this form is signed: DEC 12, 2007

HAROLD G. AYER, ESQ
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ [signature]
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)



American LegalNet, Inc.
www.USCourtForms.com