# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br>Plaintiff,<br>vs.<br>AGNES SURYAN, ET. AL.,<br>Defendant. | CASE NO. 07CV2154 BTM (NLS)<br><br>ORDER RE: JOINT MOTION TO AWARD ATTORNEYS' FEES, DISBURSE FUNDS AND DISMISS CASE |

The Court has reviewed the joint motion to award reasonable attorneys' fees, to disburse remaining funds, and to dismiss the action. In support of this joint motion, the Court ORDERS the individual parties in this action to submit a notarized statement of consent to the terms of the joint motion.

IT IS SO ORDERED.

DATED: March 5, 2008

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge