Martin E. Rosen (108998),
mrosen@barwol.com
Theresa J. Macellaro (147866)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorney for Plaintiff-in-Interpleader
United of Omaha Life Insurance Company

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED OF OMAHA LIFE INSURANCE COMPANY,

Plaintiff-in-Interpleader,

vs.

AGNES SURYAN, an individual; MANUAL R. PENA, as TRUSTEE of the JANELLE M. ROGERS TRUST; DOES 1 – 10, inclusive,

Defendants-in-Interpleader.

CASE NO.: 07 CV 2154 BTM (NLS)

**STIPULATION AND JOINT MOTION TO AWARD REASONABLE ATTORNEY'S FEES IN THE AMOUNT OF $3,700 TO PLAINTIFF-IN-INTERPLEADER UNITED OF OMAHA LIFE INSURANCE COMPANY AND TO DISMISS IT WITH PREJUDICE, TO DISBURSE REMAINING FUNDS AS SET FORTH HEREIN, AND TO DISMISS REMAINDER OF ACTION WITHOUT PREJUDICE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the parties jointly move for an Order that: (1) Plaintiff-in-Interpleader United of Omaha Life Insurance Company be awarded its reasonable costs and attorney's fees in the amount of $3,700 and be dismissed with prejudice from this case; (2) the remaining funds at issue be dispersed 1/3 to the client trust account of Harold G. Ayer, Esq., counsel for Agnes Suryan ("Suryan"), and 2/3 to the client trust account of David Velijovich, counsel for Manual R. Pena, Trustee of the Janelle M. Rogers Trust ("Pena"); and (3) the remainder of this action be dismissed without prejudice so that Suryan and Pena can litigate their entitlement to the disputed funds in the pending state court litigation to which they are both parties.

Good cause exists for the granting of the requested relief because there already is a pending action between Suryan and Pena wherein the issue of entitlement to the interpled funds is being litigated. Good cause exists to dismiss Plaintiff-in-Interpleader because Plaintiff-in-Interpleader has deposited the funds with this Court, claims no interest to the disputed funds and therefore does not need to be a party to the action.

This joint motion is made pursuant to 28 U.S.C. § 2361, Local Rules 4 and 7, and is based upon this Stipulation and Joint Motion, the proposed Order submitted herewith, and the pleadings on file in this action.

Dated: February 27, 2008

BARGER & WOLEN LLP

By: *Theresa J. Macellaro*

MARTIN E. ROSEN
THERESA J. MACELLARO
Attorney for Plaintiff-in-Interpleader United of Omaha Life Insurance Company

Dated: February 11, 2008

HAROLD G. AYER, a Professional Law Corporation

By: [signature]
HAROLD G. AYER
Attorney for Defendant Agnes Suryan

Dated: February __, 2008

VELJOVICH LAW GROUP

By: ______________________
DAVID VELJOVICH
Attorney for Defendant Manual R. Pena, Trustee of the Janelle M. Rogers Trust

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Dated: February __, 2008

HAROLD G. AYER, a Professional Law Corporation

By: ______________________
HAROLD G. AYER
Attorney for Defendant Agnes Suryan

Dated: February 26, 2008

VELJOVICH LAW GROUP

By: ______________________
DAVID VELJOVICH
Attorney for Defendant Manual R. Pena, Trustee of the Janelle M. Rogers Trust

## RECITALS

WHEREAS, on or about June 17, 2000, Janelle Rogers (the "Deceased") applied for and was issued life insurance policy number UO 1098559 (the "Policy") by Plaintiff-in-Interpleader United of Omaha Life Insurance Company ("United of Omaha"), effective August 21, 2000;

WHERAS in her application for the Policy, the Deceased named Agnes Suryan ("Suryan") as the primary beneficiary, and the Rogers Family Trust as the contingent beneficiary;

WHEREAS on or about May 22, 2006, Manual R. Pena, holding power of attorney for the deceased, submitted a Change of Beneficiary Form to United of Omaha requesting that the primary beneficiary designation on the Policy be changed from Suryan to the Janelle M. Rogers Trust;

WHEREAS, the decedent died on November 13, 2006;

WHEREAS United of Omaha received competing claims for the benefits owed from the policy from Defendant Suryan and Defendant Manual R. Pena, Trustee of the Janelle M. Rogers Trust ("Pena");

WHEREAS, faced with competing claims and potential multiple liability with respect to the proceeds due under the Policy, United of Omaha filed the instant Complaint-for-Interpleader against Suryan and Pena on or about November 8, 2007, and thereafter deposited with the Court a check in the amount of One Hundred Seventy Two Thousand Three Hundred Eight Dollars and Two Cents ($172,308.02) (the "Interpled Funds"), representing the Policy proceeds, plus interest through the date of deposit;

WHEREAS, this Court remains in possession of the Interpled Funds;

WHEREAS, the parties agree that United of Omaha should be discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to the Policy, and dismissed from this action with prejudice;

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

WHEREAS, the parties agree that United of Omaha should be awarded its reasonable attorney's fees and costs in the amount of $3,700 which United of Omaha incurred in bringing its Interpleader action, and which amount is to be paid from the Interpled Funds currently on deposit with this Court;

WHEREAS, prior to this action having been filed, there is and was a prior action pending in San Diego Superior Court, North County Branch, between Pena and Suryan, captioned In Re the Janelle M. Rogers Living Trust UTD June 27, 2000, SDSC Case No. 37-2007-00100133, wherein the issue raised is the entitlement to the insurance policy proceeds at issue in this action;

WHEREAS, Pena and Suryan consent to the jurisdiction of this Court, and agree that, after disbursement to United of Omaha of money for its fees, the remaining funds should be dispersed one-third (1/3) to the client trust account of Harold G. Ayer, Esq., counsel for Suryan, and two-thirds (2/3) to the client trust account of David Veljovich, counsel for Pena;

WHEREAS, the interested parties Pena and Suryan agree that after such disbursement, the remainder of this action should then be dismissed without prejudice so that Pena and Suryan can litigate their dispute in the pending state court action.

## STIPULATION

NOW, THEREFORE, the parties stipulate and agree, subject to the Court's approval, as follows:

1. That United of Omaha be discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to the Policy, and any claims or causes of action incidental thereto;

2. That United of Omaha be dismissed from this action with prejudice;

3. That United of Omaha be awarded its reasonable attorneys' fees and costs in the amount of Three Thousand Seven Hundred Dollars and No Cents ($3,700.00) to be paid from the Interpled Funds currently on deposit with the Court;

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

4. That United of Omaha no longer has any rights with regard to the Interpled Funds, other than its right to the attorneys' fees and costs awarded hereunder;

5. That Suryan and Pena consent to the jurisdiction of this Court for purposes of awarding the relief requested herein;

6. The remaining fees on deposit with this Court are to be disbursed one-third (1/3) to the client trust account of Harold G. Ayer, Esq., counsel for Suryan, and two-thirds (2/3) to the client trust account of David Veljovich, counsel for Pena; and

7. The remainder of this action should be dismissed without prejudice so that Suryan and Pena can litigate the issue regarding entitlement to the Policy funds in the pending state court action.

Dated: February 21, 2008

BARGER & WOLEN LLP

By: Theresa J. Macellaro
MARTIN E. ROSEN
Attorney for Plaintiff-in-Interpleader United of Omaha Life Insurance Company

Dated: February 11, 2008

HAROLD G. AYER, a Professional Law Corporation

By: Harold G. Ayer
HAROLD G. AYER
Attorney for Defendant Agnes Suryan

**Dated: March 12, 2008**

Agnes Suryan
**Agnes Suryan**

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of ~~California~~ Washington

County of Skagit

On March 10th, 2008 before me, Cheryl C. Holmstrom,
Date — Here Insert Name and Title of the Officer

personally appeared Agnes Suryan
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CHERYL C. HOLMSTROM NOTARY EXP. 10-15-08 PUBLIC STATE OF WASHINGTON

Place Notary Seal Above

Signature Cheryl C Holmstrom
Signature of Notary Public

### OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: ______

Document Date: ______ Number of Pages: ______

Signer(s) Other Than Named Above: ______

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: ______
☐ Individual
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: ______

Signer Is Representing: ______

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: ______
☐ Individual
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: ______

Signer Is Representing: ______

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5907 Reorder: Call Toll-Free 1-800-876-6827

Dated: February 26, 2008

VELJOVICH LAW GROUP

By: 
DAVID VELJOVICH
Attorney for Defendant Manual R. Pena, Trustee of the Janelle M. Rogers Trust

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Dated: February 26, 2008

VELJOVICH LAW GROUP

By:
DAVID VELJOVICH
Attorney for Defendant Manual R. Pena, Trustee of the Janelle M. Rogers Trust

**Dated: March 26, 2008**

**Manual R. Pena**

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of San Diego

On March 26, 2008 before me, Jeff B Langford, Notary Public,
Date — Here Insert Name and Title of the Officer

personally appeared Manuel R Pena
Name(s) of Signer(s)

______________________________,

JEFF B. LANGFORD
COMM. #1782512
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
NOVEMBER 29, 2011
CSC1

Place Notary Seal Above

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ______________________
Signature of Notary Public

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: STIPULATION AND JOINT MOTION

Document Date: ______________ Number of Pages: 7 (SEVEN)

Signer(s) Other Than Named Above: MACELLARO; AYER; VELTOVICH

### Capacity(ies) Claimed by Signer(s)

Signer's Name: PENA
- [X] Individual
- ☐ Corporate Officer — Title(s): ______
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: ______

Signer Is Representing: ______

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: ______
- ☐ Individual
- ☐ Corporate Officer — Title(s): ______
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: ______

Signer Is Representing: ______

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5907 Reorder: Call Toll-Free 1-800-876-6827