Martin E. Rosen (108998),
mrosen@barwol.com
Theresa J. Macellaro (147866)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorney for Plaintiff-in-Interpleader
United of Omaha Life Insurance Company

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>vs.<br><br>AGNES SURYAN, an individual; MANUAL R. PENA, as TRUSTEE of the JANELLE M. ROGERS TRUST; DOES 1 – 10, inclusive,<br><br>Defendants-in-Interpleader. | CASE NO.: 07 CV 2154 BTM (NLS)<br><br>*FIRST AMENDED* STIPULATION AND JOINT MOTION TO AWARD REASONABLE ATTORNEY'S FEES IN THE AMOUNT OF $3,700 TO PLAINTIFF-IN-INTERPLEADER UNITED OF OMAHA LIFE INSURANCE COMPANY AND TO DISMISS IT WITH PREJUDICE, TO DISBURSE REMAINING FUNDS AS SET FORTH HEREIN, AND TO DISMISS REMAINDER OF ACTION WITHOUT PREJUDICE |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the parties jointly move for an Order that: (1) Plaintiff-in-Interpleader United of Omaha Life Insurance Company be awarded its reasonable costs and attorney's fees in the amount of $3,700 and be dismissed with prejudice from this case; (2) the remaining funds at issue be dispersed as follows: a.)$37,500 to Manuel Pena ("Pena) and, b.) the remaining balance to Agnes Suryan ("Suryan"); and (3) the remainder of this action be dismissed without prejudice.

Good cause exists for the granting of the requested relief because there already is a pending state court action between Suryan and Pena wherein the issue of entitlement to the interpled funds has been resolved through settlement. Good cause exists to dismiss Plaintiff-in-Interpleader because Plaintiff-in-Interpleader has deposited the funds with this Court, claims no interest to the disputed funds and therefore does not need to be a party to the action.

This joint motion is made pursuant to 28 U.S.C. § 2361, Local Rules 4 and 7, and is based upon this Stipulation and Joint Motion, the proposed Order submitted herewith, and the pleadings on file in this action.

Dated: April 30, 2008

BARGER & WOLEN LLP

By: Theresa J. Macellaro

MARTIN E. ROSEN / Theresa Macellaro
Attorney for Plaintiff-in-Interpleader United of Omaha Life Insurance Company

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Dated: April 21, 2008

HAROLD G. AYER, a Professional Law Corporation

By: [signature]
HAROLD G. AYER
Attorney for Defendant Agnes Suryan

Dated: April __, 2008

VELJOVICH LAW GROUP

By: ______________________
DAVID VELJOVICH
Attorney for Defendant Manual R. Pena, Trustee of the Janelle M. Rogers Trust

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Dated: April __, 2008

HAROLD G. AYER, a Professional Law Corporation

By: ______________________
HAROLD G. AYER
Attorney for Defendant Agnes Suryan

Dated: April 30, 2008

VELJOVICH LAW GROUP

By: ______________________
DAVID VELJOVICH
Attorney for Defendant Manual R. Pena, Trustee of the Janelle M. Rogers Trust

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

RECITALS

WHEREAS, on or about June 17, 2000, Janelle Rogers (the "Deceased") applied for and was issued life insurance policy number UO 1098559 (the "Policy") by Plaintiff-in-Interpleader United of Omaha Life Insurance Company ("United of Omaha"), effective August 21, 2000;

WHERAS in her application for the Policy, the Deceased named Agnes Suryan ("Suryan") as the primary beneficiary, and the Rogers Family Trust as the contingent beneficiary;

WHEREAS on or about May 22, 2006, Manual R. Pena, holding power of attorney for the deceased, submitted a Change of Beneficiary Form to United of Omaha requesting that the primary beneficiary designation on the Policy be changed from Suryan to the Janelle M. Rogers Trust;

WHEREAS, the decedent died on November 13, 2006;

WHEREAS United of Omaha received competing claims for the benefits owed from the policy from Defendant Suryan and Defendant Manual R. Pena, Trustee of the Janelle M. Rogers Trust ("Pena");

WHEREAS, faced with competing claims and potential multiple liability with respect to the proceeds due under the Policy, United of Omaha filed the instant Complaint-for-Interpleader against Suryan and Pena on or about November 8, 2007, and thereafter deposited with the Court a check in the amount of One Hundred Seventy Two Thousand Three Hundred Eight Dollars and Two Cents ($172,308.02) (the "Interpled Funds"), representing the Policy proceeds, plus interest through the date of deposit;

WHEREAS, this Court remains in possession of the Interpled Funds;

WHEREAS, the parties agree that United of Omaha should be discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to the Policy, and dismissed from this action with prejudice;

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

WHEREAS, the parties agree that United of Omaha should be awarded its reasonable attorney's fees and costs in the amount of $3,700 which United of Omaha incurred in bringing its Interpleader action, and which amount is to be paid from the Interpled Funds currently on deposit with this Court;

WHEREAS, prior to this action having been filed, there is and was a prior action pending in San Diego Superior Court, North County Branch, between Pena and Suryan, captioned <u>In Re the Janelle M. Rogers Living Trust UTD June 27, 2000</u>, SDSC Case No. 37-2007-00100133, wherein the issue raised is the entitlement to the insurance policy proceeds at issue in this action; this case has been settled by the parties.

WHEREAS, Pena and Suryan consent to the jurisdiction of this Court, and agree that, after disbursement to United of Omaha of money for its fees, the remaining funds should be dispersed as follows: a.)$37,500 to Manuel Pena ("Pena) and, b.) the remaining balance to Agnes Suryan ("Suryan").

WHEREAS, the interested parties Pena and Suryan agree that after such disbursement, the remainder of this action should then be dismissed without prejudice so that Pena and Suryan can litigate their dispute in the pending state court action.

<u>STIPULATION</u>

NOW, THEREFORE, the parties stipulate and agree, subject to the Court's approval, as follows:

1. That United of Omaha be discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to the Policy, and any claims or causes of action incidental thereto;

2. That United of Omaha be dismissed from this action with prejudice;

3. That United of Omaha be awarded its reasonable attorneys' fees and costs in the amount of Three Thousand Seven Hundred Dollars and No Cents ($3,700.00) to be paid from the Interpled Funds currently on deposit with the Court;

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

4. That United of Omaha no longer has any rights with regard to the Interpled Funds, other than its right to the attorneys' fees and costs awarded hereunder;

5. That Suryan and Pena consent to the jurisdiction of this Court for purposes of awarding the relief requested herein;

6. The remaining fees on deposit with this Court after payment to United of Omaha are to be disbursed a.)$37,500 to Manuel Pena ("Pena) and, b.) the remaining balance to Agnes Suryan ("Suryan"); and

7. The remainder of this action should be dismissed without prejudice.

Dated: April __, 2008

BARGER & WOLEN LLP

By:
MARTIN E. ROSEN, Attorney for Plaintiff-in-Interpleader United of Omaha Life Insurance Company

Dated: April __, 2008

HAROLD G. AYER, a Professional Law Corporation

By:________________________
HAROLD G. AYER Attorney for Defendant Agnes Suryan

Dated: April __, 2008

________________________
Agnes Suryan

Dated: April 30, 2008

VELJOVICH LAW GROUP

By: [signature]
DAVID VELJOVICH Attorney for Defendant Manual R. Pena, Trustee of the Janelle M. Rogers Trust

Dated: ~~April~~ MAY 2, 2008

[signature]
Manual R. Pena

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

4. That United of Omaha no longer has any rights with regard to the Interpled Funds, other than its right to the attorneys' fees and costs awarded hereunder;

5. That Suryan and Pena consent to the jurisdiction of this Court for purposes of awarding the relief requested herein;

6. The remaining fees on deposit with this Court after payment to United of Omaha are to be disbursed a.)$37,500 to Manuel Pena ("Pena) and, b.) the remaining balance to Agnes Suryan ("Suryan"); and

7. The remainder of this action should be dismissed without prejudice.

Dated: April __, 2008

BARGER & WOLEN LLP

By: Theresa J. Macellaro
MARTIN E. ROSEN, Attorney for Plaintiff-in-Interpleader United of Omaha Life Insurance Company / Theresa J. Macellaro, Esq.

Dated: April 21, 2008

HAROLD G. AYER, a Professional Law Corporation

By: Harold G Ayer
HAROLD G. AYER Attorney for Defendant Agnes Suryan

Dated: April 22 2008

Agnes Suryan
Agnes Suryan

Dated: April __, 2008

VELJOVICH LAW GROUP

By: ____________________
DAVID VELJOVICH Attorney for Defendant Manual R. Pena, Trustee of the Janelle M. Rogers Trust

Dated: April __, 2008

____________________
Manual R. Pena

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800