# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>vs.<br><br>AGNES SURYAN, an individual; MANUAL R. PENA, as TRUSTEE of the JANELLE M. ROGERS TRUST; DOES 1 – 10, inclusive,<br><br>Defendants-in-Interpleader. | CASE NO.: 07 CV 2154 BTM (NLS)<br><br>ORDER AWARDING REASONABLE ATTORNEY'S FEES IN THE AMOUNT OF $3,700 TO PLAINTIFF-IN-INTERPLEADER UNITED OF OMAHA LIFE INSURANCE COMPANY AND TO DISMISS IT WITH PREJUDICE; DISBURSING FUNDS; AND DISMISSING REMAINDER OF ACTION WITHOUT PREJUDICE |

Having considered the Amended Joint Motion and stipulation of the parties, and good cause appearing, the Court ORDERS as follows:

1. United of Omaha is discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to life insurance policy number UO 1098559 issued to Janelle Rogers on or about June 17, 2000.

2. United of Omaha is dismissed from this action with prejudice.

3. United of Omaha is awarded its reasonable attorney's fees and costs of Three Thousand Seven Hundred Dollars ($3,700.00), to be paid from the Interpled Funds currently on deposit with this Court. The Clerk shall issue a check in that amount made payable to Barger & Wolen LLP, and sent to Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, CA 90071, attention Martin E. Rosen, Esq.

4. United of Omaha waives and releases all of its rights with regard to the Interpled Funds, other than its right to the attorney's fees and costs awarded in this Order or subsequently incurred.

5. The remaining fees on deposit with this Court are to be disbursed bythe Clerk as follows:

(a) 37,500 in a check made payable to Maual Pena, c/o Veljovich Law Group, 701 Palomar Airport Road, Ste. 300, Carlsbad, CA 92011.

(b) The balance of funds on account in a check made payable to Agnes Suryan, c/o Harold Ayer, Esq., 3131 Camino Del Rio North, Suite 380, San Diego, CA 92108-5709.

6. All payees are directed to provide tax identification numbers or SSN as required by the Court Clerk prior to disbursement.

7. The remainder of the action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 2, 2008.

By:

[signature]

HON. BARRY TED MOSKOWITZ
JUDGE, UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800